Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-6509

REBECCA H. FOWLER,

        Plaintiff,

 v.

HANNIBAL CENTRAL SCHOOL, et al,

        Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and the case is closed.

Date: January 5, 2024          MARY C. LOEWENGUTH
                  CLERK OF COURT

                  By: s/Rosemarie M. Eby-Collom
                    Deputy Clerk